JAP:MEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    14-634 M
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                         PRE-ARRAIGNMENT
                                                 C O M P L A I N T
　　　– against –                                (21 U.S.C. §§ 952(a)
                                                  and 960)
JOHN DOE JUVENILE,

　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

　　　　　ANDREA NURKO, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI").

　　　　　Upon information and belief, on or about July 7, 2014, within the Eastern District of New York and elsewhere, the defendant JOHN DOE JUVENILE did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

　　　　　(Title 21, United States Code, Sections 952(a) and 960).

　　　　　The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On July 7, 2014, the defendant JOHN DOE JUVENILE arrived at John F. Kennedy International Airport ("JFK Airport") in Queens, New York, aboard Copa Flight No. CM804 from Panama City, Panama.

2. Customs and Border Protection ("CBP") officers approached the defendant for a customs inspection. The defendant presented one checked bag for inspection and stated, in sum and substance and in part, that the bag belonged to him/her and that s/he had packed it. During the baggage inspection, the defendant appeared nervous and gave inconsistent answers to questions.

3. Based on the defendant's behavior, a pat down search was requested from and authorized by a supervising CBP officer. The pat down search was negative. Upon further questioning, the defendant admitted to swallowing foreign bodies.

4. CBP officers then presented the defendant with an x-ray consent form, which the defendant read, appeared to understand, and signed. The defendant was transported to the medical facility at John F. Kennedy International Airport for an x-ray examination. An x-ray of defendant's intestinal tract revealed the presence of foreign bodies. The defendant subsequently passed 22 pellets. One of the pellets was probed and a white powdery substance was revealed. The substance field tested positive for cocaine.

5. The defendant JOHN DOE JUVENILE will be detained at the JFK medical facility until such time as the defendant has passed all the pellets contained within his/her intestinal tract.

WHEREFORE, your deponent respectfully requests that the defendant JOHN DOE JUVENILE be dealt with according to law.

S/ Andrea Nurko
_____
Special Agent Andrea Nurko
Homeland Security Investigations

Sworn to before me this
8th day of July, 2014

    S/ James Orenstein
_____
HONORABLE JAMES ORENSTEIN
EASTERN DISTRICT OF NEW YORK

3